**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−21642−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Brandon L. Ewsichek
   498 Grandview Avenue
   West Mifflin, PA 15122

Social Security No.:
   xxx−xx−8899

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>October 17, 2022<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>October 17, 2022<br>10:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 9/20/22

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brandon L. Ewsichek  
　　　Debtor

Case No. 22-21642-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　Page 1 of 3  
Date Rcvd: Sep 20, 2022　　　　　　　　　　　　　Form ID: rsc　　　　　　　　　　　　　Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon L. Ewsichek, 498 Grandview Avenue, West Mifflin, PA 15122-3821 |
| 15508566 | + | Scott & Associate, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 15508569 | | Sofi Lending Corp, PO Box 6294, Carol Stream, IL 60197-6294 |
| 15508573 | + | Wells Fargo Outdoor Solutions, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2022 23:55:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15508554 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 20 2022 23:49:00 | Apple Card/GS Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15508557 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 20 2022 23:49:00 | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15508558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 23:55:35 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15508559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 23:55:41 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15508560 | | Email/Text: mrdiscen@discover.com | Sep 20 2022 23:49:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15508561 | + | Email/Text: mrdiscen@discover.com | Sep 20 2022 23:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15508562 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 20 2022 23:49:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15508556 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2022 23:55:31 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15508555 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2022 23:55:31 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15508563 | ^ | MEBN | Sep 20 2022 23:49:32 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15509803 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2022 23:55:28 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: rsc | Total Noticed: 27 |

| Recip ID | | Notice Type | Sent Date & Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15508565 | + | Email/PDF: ebnotices@pnmac.com | Sep 20 2022 23:55:40 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15508564 | + | Email/PDF: ebnotices@pnmac.com | Sep 20 2022 23:55:35 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15510567 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 20 2022 23:49:00 | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, as servicer for CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15508567 | + | Email/Text: specialservicing@sofi.com | Sep 20 2022 23:49:00 | Sofi Lending Corp, One Letterman Drive, San Francisco, CA 94129-1512 |
| 15508568 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 20 2022 23:55:33 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 15508570 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:39 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15508975 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15508571 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:38 | Synchrony Bank/Value Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15508572 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 20 2022 23:55:28 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 20, 2022 | Form ID: rsc | Total Noticed: 27 |

Kenneth Steidl
    on behalf of Debtor Brandon L. Ewsichek julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4