IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Brandon L. Ewsichek | ) | Case No. 22-21642 JAD |
| | ) | Chapter 13 |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on October 20, 2022, a true and correct copy of the *Amended Schedules B and C along with the Order of Court dated October 18, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

Date of Service: October 20, 2022

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

```
Label Matrix for local noticing          Apple Card/GS Bank USA                   (p)JPMORGAN CHASE BANK N A
0315-2                                   Lockbox 6112                             BANKRUPTCY MAIL INTAKE TEAM
Case 22-21642-JAD                        Philadelphia, PA 19170-0001              700 KANSAS LANE FLOOR 01
WESTERN DISTRICT OF PENNSYLVANIA                                                  MONROE LA 71203-4774
Pittsburgh
Thu Oct 20 08:54:15 EDT 2022

Chrysler Capital                         Citibank                                 Citibank
Po Box 961212                            Citicorp Credit Srvs/Centralized Bk dept Po Box 6217
Fort Worth, TX 76161-0212                Po Box 790034                            Sioux Falls, SD 57117-6217
                                         St Louis, MO 63179-0034


Discover Financial                       (p)DISCOVER FINANCIAL SERVICES LLC       Brandon L. Ewsichek
Attn: Bankruptcy                         PO BOX 3025                              498 Grandview Avenue
Po Box 3025                              NEW ALBANY OH 43054-3025                 West Mifflin, PA 15122-3821
New Albany, OH 43054-3025


Gs Bank Usa                              Jeffrey Hunt                             Hyundai Lease Titling Trust
Attn: Bankruptcy                         GRB Law                                  P.O. Box 20825
Lockbox 6112 PO Box 7247                 525 William Penn Place                   Fountain Valley, CA 92728-0825
Philadelphia, PA 19170-0001              Suite 3110
                                         Pittsburgh, PA 15219-1753


JPMorgan Chase Bank, N.A.                Kia Motors Finance                       LVNV Funding, LLC
s/b/m/t Chase Bank USA, N.A.             10550 Talbert Ave                        Resurgent Capital Services
c/o National Bankruptcy Services, LLC    Fountain Valley, CA 92708-6031           PO Box 10587
P.O. Box 9013                                                                     Greenville, SC 29603-0587
Addison, Texas 75001-9013


Midland Credit Management, Inc.          Brian Nicholas                           Office of the United States Trustee
PO Box 2037                              KML Law Group, P.C.                      Liberty Center.
Warren, MI 48090-2037                    701 Market Street                        1001 Liberty Avenue, Suite 970
                                         Suite 5000                               Pittsburgh, PA 15222-3721
                                         Philadelphia, PA 19106-1541


PRA Receivables Management, LLC          Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue
PO Box 41021                             Bankruptcy Division                      Department 280946
Norfolk, VA 23541-1021                   P.O. Box 280946                          P.O. Box 280946
                                         Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION
                                                                                  Harrisburg, PA 17128-0946


PennyMac Loan Services, LLC              PennyMac Loan Services, LLC              PennyMac Loan Services, LLC.
Attn: Correspondence Unit                Po Box 514387                            P.O. Box 2410
Po Box 514387                            Los Angeles, CA 90051-4387               Moorpark, CA 93020 Dallas, TX 75266-0929
Los Angeles, CA 90051-4387


Peoples Natural Gas Company LLC          Santander Consumer USA Inc. d/b/a/ Chrysler  Scott & Associate, P.C.
GRB Law                                  as servicer for CCAP Auto Lease Ltd.         6 Kacey Court, Suite 203
c/o Jeffrey R. Hunt, Esquire             P.O. BOX 961275                              Mechanicsburg, PA 17055-9237
525 William Penn Place, Suite 3110       FORT WORTH, TX 76161-0275
Pittsburgh, PA 15219-1753


Sofi Lending Corp                        Sofi Lending Corp                        Sofi Lending Corp
375 Healdsburg Avenue                    One Letterman Drive                      PO Box 6294
Suite 280                                San Francisco, CA 94129-1512              Carol Stream, IL 60197-6294
Healdsburg, CA 95448-4151
```

```
Kenneth Steidl                      Synchrony Bank                        Synchrony Bank
Steidl & Steinberg                  Attn:  Bankruptcy Dept                c/o of PRA Receivables Management, LLC
Suite 2830 Gulf Tower               Po Box 965060                         PO Box 41021
707 Grant Street                    Orlando, FL 32896-5060                Norfolk, VA 23541-1021
Pittsburgh, PA 15219-1908


Synchrony Bank/Value Furniture      Wells Fargo Bank, N.A.                Wells Fargo Jewelry Advantage
Po Box 965036                       PO Box 10438, MAC F8235-02F           Attn: Bankruptcy
Orlando, FL 32896-5036              Des Moines, IA 50306-0438             Po Box 10438
                                                                          Des Moines, IA 50306-0438



Wells Fargo Outdoor Solutions       Ronda J. Winnecour
Po Box 14517                        Suite 3250, USX Tower
Des Moines, IA 50306-3517           600 Grant Street
                                    Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card Services                 (d)Chase Card Services                Discover Financial
Attn: Bankruptcy                    Po Box 15369                          Pob 15316
Po Box 15298                        Wilmington, DE 19850                  Wilmington, DE 19850
Wilmington, DE 19850
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PENNYMAC LOAN SERVICES, LLC      End of Label Matrix
                                    Mailable recipients    37
                                    Bypassed recipients     1
                                    Total                  38
```