IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Brandon L. Ewsichek, ) | Case No. 22-21642 TPA |
| *Debtor* ) | Chapter 13 |
| ) | |
| Brandon L. Ewsichek, ) | Related to Docket No. 53 |
| Social Security No. XXX-XX-8899 ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| UPMC and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 23, 2023, a true and correct copy of the *Amended Order to Pay Trustee Pursuant to Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

UPMC
Attn Payroll
600 Grant Street, Floor 56
Pittsburgh, PA 15219

Brandon L. Ewsichek
498 Grandview Avenue
West Mifflin, PA 15122

**Served by CM/ECF:** Ronda J. Winnecour, Trustee

Date of Service: <u>August 23, 2023</u>

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower - 707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000 ken.steidl@steidl-steinberg.com
PA I.D. No. 34965