**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** )<br>    **BRANDON L EWSICHEK** )<br>)<br>)<br>)<br>                        **Debtor(s).** )<br>X | **Case No. 22-21642 JCM**<br><br>**Chapter 13**<br><br>Related to Doc. No. 62 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☐    a motion to lift stay
        as to creditor _____

☐    Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated : **2-13-23**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from **$1850** to **$2018** per month,

  effective 11/23 ; and/or the Plan term shall be changed from \_\_\_ months to \_\_\_\_ months.  .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
- **Trustee COD filed 9-18-23 (Doc 56) is resolved by this order.**

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>14th</u> day of <u>    November    </u>, 2023

SIGNED
11/14/23 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

John C. Melaragno, Judge jlm
United States Bankruptcy Court

Stipulated by:

/s/ Kenneth Steidl
Counsel to Debtor

Stipulated by:

/s/ James Warbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-21642-JCM

Brandon L. Ewsichek Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: Nov 14, 2023     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon L. Ewsichek, 498 Grandview Avenue, West Mifflin, PA 15122-3821 |
| 15526367 | | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020 Dallas, TX 75266-0929 |
| 15508566 | + | Scott & Associate, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 15508569 | | Sofi Lending Corp, PO Box 6294, Carol Stream, IL 60197-6294 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 15 2023 00:56:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 15 2023 00:25:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15508554 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 15 2023 00:26:00 | Apple Card/GS Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15508557 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2023 00:28:00 | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 15508558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 00:33:21 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15508559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 00:33:31 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15570549 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 15 2023 00:27:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Twp., PA 15108-4212 |
| 15508560 | | Email/Text: mrdiscen@discover.com | Nov 15 2023 00:25:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15508561 | + | Email/Text: mrdiscen@discover.com | Nov 15 2023 00:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15508562 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 15 2023 00:26:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15519215 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 15 2023 00:28:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 15508556 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:33:13 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15508555 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:33:27 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15517665 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 15 2023 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15508563 | ^ | MEBN | Nov 15 2023 00:17:55 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 15509803 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:32:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15518295 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2023 00:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15508565 | + | Email/PDF: ebnotices@pnmac.com | Nov 15 2023 00:33:31 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15508564 | + | Email/PDF: ebnotices@pnmac.com | Nov 15 2023 00:44:19 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15510567 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2023 00:28:00 | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, as servicer for CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15508567 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 15 2023 00:32:54 | Sofi Lending Corp, One Letterman Drive, San Francisco, CA 94129-1494 |
| 15508568 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 15 2023 00:33:08 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 15508570 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:18 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15508975 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15508571 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:44:16 | Synchrony Bank/Value Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15525682 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 15 2023 00:33:21 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15508572 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 15 2023 00:32:58 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 15508573 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 15 2023 00:44:39 | Wells Fargo Outdoor Solutions, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 32

Date: Nov 16, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Brandon L. Ewsichek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5