IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brandon L. Ewsichek, | ) | Case No. 22-21642 JCM |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Brandon L. Ewsichek, | ) | Document No. |
| Social Security No. XXX-XX-8899 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| UPMC and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 28, 2025 a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**USPS:**
Brandon L. Ewsichek
498 Grandview Avenue
West Mifflin, PA 15122

UPMC
600 Grant St
Floor 56
Pittsburgh, PA 15219

Date of Service: March 28, 2025

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
436 7th Ave.- Suite 322
Koppers Building
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965